Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-392-419**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Cobalt Blue, Aqua & Gold Decorative Moroccan Tile Pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | September 24, 2014 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| • **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-396-033**

**Effective Date of Registration:**
February 20, 2024

**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Sapphire & Jade Stained Glass Mandalas

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-392-451**

**Effective Date of Registration:**
February 20, 2024

**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Gilt & Glory - Colorful Moroccan Mosaic

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 30, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-413

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Butterflies and Hibiscus Flowers - a painted pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 12, 2015 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-392-429**

**Effective Date of Registration:**
February 20, 2024

**Registration Decision Date:**
April 29, 2024

## Title

**Title of Work:** Crystal Bohemian Honeycomb Cubes - colorful hexagon pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 03, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-396-039**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Watercolor Ogee Patchwork Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 08, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-034

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Shibori Inspired Oversized Indigo Floral |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 15, 2019 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-447**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Emerald Doodle |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | July 19, 2013 |
| **Nation of 1st Publication:** | South Africa |

## Author

| | |
|---|---|
| **Author:** | Jennifer Le Feuvre |
| **Pseudonym:** | Micklyn Le Feuvre |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | South Africa |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Le Feuvre |
| | 5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Jennifer Le Feuvre |
| **Email:** | micklynart@gmail.com |
| **Address:** | 5 Mannings Lane |
| | La Concorde |
| | Cape Town 7130 South Africa |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-395-873**
**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Marble Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 24, 2019
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2

